March 28, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CICERO MORRIS, Appellant

NO. 14-12-01149-CV             V.

NEW CHOICE BUILDERS, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 23, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Cicero Morris.

We further order this decision certified below for observance.